476 A.2d 100

Commonwealth v. Dark, Appellant.

Argued October 5, 1983. Michael A. Shechtman, for appellant; Mariana C. Sorensen, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, WIEAND and LIPEZ, JJ.

Order affirmed.

WIEAND, J., filed a dissenting memorandum.

476 A.2d 100

Commonwealth v. Dugan, Appellant.

Submitted February 16, 1984. Richard M. Kastendieck, Deputy Public Defender, for appellant; William F. Merz, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, CIRILLO and WATKINS, JJ.

Judgment of sentence affirmed.